

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-18-00290-CV

Style:      Jeffrey A. Harberson v. Brianne Strickland

Date motion filed*:      October 30, 2018

Type of motion:      Second Motion to Extend Time to File Brief

Party filing motion:      Pro se Appellant Jeffrey A. Harberson

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

    Original due date:      July 30, 2018

    Number of extensions granted:    1    Current Due Date:  October 29, 2018

    Date Requested:      N/A (sometime after November 12, 2018)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  November 28, 2018.

        ☑ **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: __/s/ Laura C. Higley_____

            x Acting individually    ☐ Acting for the Court

Date: _November 6, 2018___